UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Medtronic, Inc.,

Plaintiff,

v.

Guidant Corp., et.al.,

Defendants.

Civil File No. 00-1473 (MJD/JGL)

NOTICE OF RESCHEDULED HEARING

---

Oral argument for Defendant's Motion to Dismiss is rescheduled for Friday, September 8, 2000 at 9:00 a.m. before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: August 8, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli

Angela Chianelli, Deputy Clerk
(612) 664-5073

AUG 10 2000
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____