**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Medtronic, Inc. and Medtronic USA, Inc.,

Plaintiffs,

vs.

Guidant Corporation and
Cardiac Pacemakers, Inc.,

Defendants.

Civil No. 00-1473 (MJD/JGL)

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendants to answer the Complaint in this action. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. The defendants shall have until October 26, 2000 to answer the Complaint.

SO ORDERED.

Dated: October 19, 2000

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

M2:20343718.01

FILED OCT 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ________
DEPUTY CLERK ________