UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1473 (MJD/JGL)

MEDTRONIC, INC., et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

GUIDANT CORPORATION, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the Rule 26(f) Report is adopted in its entirety other than the matters set forth as follows:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

2. All parties shall disclose all expert witnesses by January 15, 2002, reports by February 1, 2002, and rebuttal witnesses by March 1, 2002;

3. The period during which the parties may seek fact discovery shall be completed by December 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to August 1, 2002; and

6. This case will be considered "ready for trial" as of August 1, 2002.

DATED: December 4, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

DEC 04 2000
Filed_______________
Francis E. Dosal, Clerk
Judgment Entd._______________
Deputy Clerk_______________