UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc, et. al.,
Plaintiffs,

v. Civil No. 00-1473 (MJD/JGL)

Guidant Corporation, et. al.,

Defendants.

---

Cardiac Pacemakers, Inc.,
Guidant Sales Corporation, Inc.,

Plaintiffs,

v. Civil No. 00-2503 (ADM/AJB)

Medtronic, Inc., et. al.,

Defendants.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

---

Case number 00-1473 having been assigned to Judge Michael J. Davis and case number 00-2503 having later been assigned to Judge Ann D. Montgomery, and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-2503 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: December 6, 2000

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: December 6, 2000

JUDGE ANN D. MONTGOMERY
United States District Court

FILED DEC 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK