IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Medtronic, Inc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Guidant Corporation, et al.,<br><br>Defendants. | ) | Civil No. 00-1473 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |

---

| | | |
|---|---|---|
| Cardiac Pacemakers, Inc.,<br>Guidant Sales Corporation, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Medtronic, Inc., et al.,<br><br>Defendants. | ) | Civil No. 00-2503 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |

---

**ORDER MODIFYING PRETRIAL ORDER**

This matter came before the Court on the parties' Joint Motion to Modify Pretrial Order. Based upon the parties' joint motion and pursuant to Rule 16, Fed. R. Civ. P.,

IT IS ORDERED that the Joint Motion is granted as follows:

1) the deadline for "Claim Charts Regarding Patent Infringement" (referred to at section (D)(1)(a) of the parties' Rule 26(f) Report) shall be extended 90 days from March 30, 2001 to June 28, 2001;

2) the deadline for "Response Charts" (referred to at section (D)(1)(b) of the parties' Rule 26(f) Report) shall be extended 90 days from May 15, 2001 to August 13, 2001; and

MAR 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

3) all motions which seek to amend any pleading or to add any parties must be filed prior to July 1, 2001.

**SO ORDERED.**

Dated: March 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge