**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Medtronic, Inc.
and Medtronic USA, Inc.,

Plaintiffs, **Civ. No. 00-1473 (MJD/JGL)**

v.

Guidant Corporation and
Cardiac Pacemakers, Inc.,

Defendants.

---

Cardiac Pacemakers, Inc. and
Guidant Sales Corporation

Counterclaim Plaintiffs, **Civ. No. 00-2503 (MJD/JGL)**

v.

Medtronic, Inc.,

Counterclaim Defendant.

---

**STIPULATION OF PARTIES TO FILING OF AMENDED PLEADINGS**

The above-named parties hereby AGREE AND STIPULATE to the filing of Medtronic, Inc. and Medtronic USA, Inc.'s First Amended Complaint for Declaratory Judgment and Medtronic, Inc. and Medtronic USA, Inc.'s First Amended Answer and Counterclaim, both attached hereto.



1457444.1

FILED MAR 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties further AGREE AND STIPULATE to the filing of Cardiac Pacemaker's, Inc. ("CPI") and Guidant Sales Corporation's ("GSC") First Amended Complaint for Patent Infringement attached hereto and to the filing by Guidant Corporation, CPI and GSC of amended pleadings including amended counterclaims, responsive to Medtronic's filings referred to in the previous paragraph.

The parties have agreed to the amendment of the pleadings referred to above, which adds a second accused Medtronic product, the Gem III AT, to the case since the Gem III AT is substantially similar in relevant respects to the originally accused Medtronic product, the Jewel AF, and, thus, the issue of infringement by these products will be more efficiently resolved in a single action.

FOR MEDTRONIC, INC. AND MEDTRONIC USA, INC.:

Stephanie J. Kravetz (signature) Dated: 3/16/01

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

FOR GUIDANT CORPORATION, CARDIAC PACEMAKERS, INC.
AND GUIDANT SALES CORPORATION:

(signature) Dated: 3/16/01

Kenneth A. Liebman (#236731)
Charles F. Webber (#215247)
FAEGRE & BENSON L.L.P.
2200 Norwest Center

90 South Seventh Street
Minneapolis, MN 55402

Timothy J. Malloy
Stephen F. Sherry
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 775-8000

Dated: MAR 21, 2001

SO ORDERED.

JONATHAN LEBEDOFF
U.S. Magistrate Judge



1457444.1