IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Medtronic, Inc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Guidant Corporation, et al.,<br><br>Defendants. | ) | Civil No. 00-1473 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |
| Cardiac Pacemakers, Inc.,<br>Guidant Sales Corporation, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Medtronic, Inc., et al.,<br><br>Defendants. | ) | Civil No. 00-2503 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |

**AMENDED PRETRIAL ORDER**

This matter came before the Court on the Stipulation of Parties to Amended Pretrial Order. Based the Stipulation and pursuant to Rule 16, Fed. R. Civ. P.,

IT IS HEREBY ORDERED as follows:

1. All motions or stipulated amendments which seek to amend any pleading or seek to add any party must be filed prior to August 17, 2001.

2. Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation (collectively "Guidant/CPI") shall serve their "Claim Chart Regarding Patent Infringement" as defined in the Rule 26(f) Report and their damages calculations by February 1, 2002.

AUG 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Medtronic, Inc. and Medtronic USA, Inc. shall serve a preliminary list identifying items of prior art as set forth in paragraph (D)(1)(b)(i) of the Rule 26(f) Report by April 1, 2002, and shall serve their "Response Charts" as defined by paragraph (D)(1)(b) by July 1, 2002.

4. Guidant/CPI shall serve all Charts Supporting Commercial Success (paragraph (D)(1)(c) of the Rule 26(f) Report) by August 1, 2002.

5. All parties shall disclose all expert witnesses by September 1, 2002, expert witness reports by October 1, 2002, and expert rebuttal witness reports by December 1, 2002.

6. All parties shall exchange preliminary lists of fact witnesses for trial and physical and documentary trial exhibits by October 1, 2002.

7. The period during which the parties may seek fact discovery shall be completed by December 1, 2002.

8. The period during which the parties may seek expert discovery shall be completed by February 1, 2003.

9. All non-dispositive motions, specifically those which relate to discovery, must be filed prior to February 1, 2003.

10. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the Local Rules, prior to March 1, 2003.

11. This case will be considered "ready for trial" as of May 1, 2003.

12. If any party believes it will be unable to complete a witness' deposition within the time limits set forth in paragraph (C)(2)(c) of the Rule 26(f) Report, and the parties are unable to reach an agreement on the extension of time, the party requesting the extension may approach the Court for a ruling.

Other than the matters set forth above, the Rule 26(f) Report remains in effect.

**SO ORDERED.**

Dated: 8-9-16, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge