IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Medtronic, Inc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Guidant Corporation, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-1473 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |
| Cardiac Pacemakers, Inc.,<br>Guidant Sales Corporation, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Medtronic, Inc., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-2503 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |

**STIPULATION OF PARTIES AND ORDER FOR FILING OF AMENDED PLEADINGS AND FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN COUNTS**

Medtronic, Inc. and Medtronic USA, Inc. (collectively "Medtronic) and Guidant Corporation ("Guidant"), Cardiac Pacemakers, Inc. ("CPI") and Guidant Sales Corporation ("GSC") hereby AGREE AND STIPULATE to the filing of:

1) Medtronic's Second Amended Complaint for Declaratory Judgment;

2) Guidant, CPI and GSC's Second Amended Answer and Second Amended Counterclaim;

3) CPI and GSC's Second Amended Complaint for Patent Infringement; and

4) any amended pleadings responsive to items 1, 2 or 3.

AUG 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties further AGREE AND STIPULATE that above-mentioned pleadings will not include claims or counterclaims directed to United States Patent Nos. 5,464,431 (the "'431 patent") and 5,527,345 ("'345 patent") and that Medtronic's declaratory judgment claims directed to the '431 and '345 patents will be dismissed without prejudice. This Agreement and Stipulation is made in view of the parties' intention that Guidant, CPI and GSC will issue covenant not to sue Medtronic for infringement of the '431 and '345 patents with respect to Medtronic's current, FDA approved products.

Dated: August 16, 2001

FAEGRE & BENSON

By: ______________________
Kenneth A. Liebman (#236731)
Charles F. Webber (#215247)
Randall E. Kahnke (#202745)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

McANDREWS, HELD & MALLOY, LTD.
Timothy J. Malloy
Stephen F. Sherry
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 775-8000

ATTORNEYS FOR GUIDANT CORP. CARDIAC PACEMAKERS, INC. AND GUIDANT SALES CORP.

Dated: August 16, 2001

ROBINS, KAPLAN, MILLER & CIRESI

By: Andrew W. Horstman
Michael v. Ciresi (#16949)
Andrew W. Horstman (#47259)
Stephanie J. Kravetz (#220425)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR MEDTRONIC, INC. AND MEDTRONIC USA, INC.

**IT SO ORDERED.**

**Dated:** Aug. 17, 2001

______________________
**JONATHAN G. LEBEDOFF**
**United States Magistrate Judge**

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500