UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MEDTRONIC, INC., and
MEDTRONIC USA, Inc.,

**Civ. No. 00-1473 MJD / JGL**

Plaintiffs,

v.

GUIDANT CORPORATION, and
CARDIAC PACEMAKERS, INC.

Defendants.

---

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

Counterclaim Plaintiffs, **Civ. No. 00-2503 MJD / JGL**

v.

MEDTRONIC, INC.,

Counterclaim Defendant.

---

**ORDER AMENDING THE FEBRUARY 22, 2002 PROTECTIVE ORDER**

This matter came before the Court on the parties' stipulation to an order amending the permanent Protective Order, dated February 22, 2002. Based on the parties' stipulation,

IT IS HEREBY ORDERED as follows:

1) Paragraphs 16 A and 16 B are amended to substitute CPI's General Counsel, Daniel Hackman, for Ralph Hall.

FILED OCT 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2) Ralph Hall shall have no further involvement in this matter and will return to outside counsel for CPI / Guidant whatever Medtronic confidential materials he has received in connection with assisting in the above-captioned litigation, if any.

3) All other provisions of the permanent Protective Order, dated February 22, 2002, shall remain in full force and effect.

**SO ORDERED.**

Dated: Apr. 27, 2002

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE