**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Medtronic, Inc.
and Medtronic USA, Inc.,

Civil File No. 00-1473 (MJD/JGL)
Civil File No. 00-2503 (MJD/JGL)

Plaintiffs and
Counterclaim Defendants,

v.

**ORDER**

Guidant Corporation
and Cardiac Pacemakers, Inc.,

Defendants and
Counterclaim Plaintiffs.

---

Michael V. Ciresi, Andrew W. Horstman, Kevin D. Conneely, Stephanie J. Kravitz, and Niall A. MacLeod, Robins, Kaplan, Miller & Ciresi L.L.P. for and on behalf of Plaintiffs.

Timothy J. Malloy, Stephen F. Sherry, McAndrews, Held & Malloy, Ltd.; Kenneth A. Liebman, Charles F. Webber, Faegre & Benson LLP for and on behalf of Defendants.

---

This matter is before the Court on the parties' request for direction from the Court regarding the timing and format of the upcoming Markman hearing.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Markman hearing will commence August 18, 2003 at 9:00 A.M. and conclude by August 22, 2003 at 4:30 P.M.

Dated: Feb. 12, 2003

Michael J. Davis
United States District Court Judge

FILED 2-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK