AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Medtronic, Inc. and Medtronic USA, Inc.

V.

Guidant Coporation and Cardiac Pacemakers, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-1473 (MJD/JGL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
That Plaintiff's Motion for Summary Judgment regarding U.S. Patent No. 5,490,862 is granted.

May 20, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03