**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Medtronic, Inc., and
Medtronic USA, Inc.

Civ. No. 00-1473 (MJD/JGL)
Civ. No. 00-2503 (MJD/JGL)

Plaintiffs,

v.

**ORDER**

Guidant Corporation, and
Cardiac Pacemakers, Inc.

Defendants.

---

This matter is before the Court upon Defendants Guidant Corporation and Cardiac Pacemakers, Inc.'s appeal of Magistrate Judge Jonathan Lebedoff's Order of May 9, 2003.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72 (a); Local Rule 72.1(b)(2).

The Defendants appeal that portion of the Magistrate Judge's Order which denied the Defendants' motion to modify the agreed limitation on deposition discovery, adopted by the Court in December 2000.

Based on a review of the record and the submissions of the parties, the Court concludes that that portion of the Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

It is hereby ordered that the Magistrate's Order dated May 9, 2003 is AFFIRMED.

Date: June 9, 2003

Michael J. Davis

Judge Michael J. Davis
United States District Court

JUN 09 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK