IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

MEDTRONIC, INC. and
MEDTRONIC USA, INC.,

Civil No. 00-1473 MJD/JGL

Plaintiffs,

vs.

GUIDANT CORPORATION and
CARDIAC PACEMAKERS, INC.,

Defendants.

---

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION,

Civil No. 00-2503 MJD/JGL

Plaintiffs,

vs.

MEDTRONIC, INC.,

Defendants.

---

**STIPULATION AND ORDER**

Medtronic, Inc. and Medtronic USA, Inc. ("Medtronic") and Guidant Sales Corporation, Cardiac Pacemakers, Inc. and Guidant Corporation ("Guidant/CPI") hereby stipulate and agree that Guidant/CPI are willing to and hereby do remove the confidentiality designation for their Claim Construction Statements of October 23, 2002 and December 10, 2002. Medtronic also hereby removes any confidentiality designation for its November 25, 2002 Claim Constructions.



FILED JUL 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on this Stipulation and Agreement, Medtronic's motion challenging Guidant/CPI's initial confidentiality designation is withdrawn and the July 15, 2003 hearing on that motion is unnecessary and may be canceled.

Dated: July 8, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Andrew W. Horstman

Michael V. Ciresi (#16949)
Andrew W. Horstman (#47259)
Stephanie J. Kravetz (#220425)
Niall A. MacLeod (#269281)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR MEDTRONIC, INC. AND MEDTRONIC USA, INC.

Dated: July 8, 2003.

McANDREWS, HELD & MALLOY, LTD.

By: Stephen F. Sherry

Stephen F. Sherry, Esq.

500 West Madison Street
34th Floor
Chicago, IL 60661

-and-

Dated: July 8, 2003.

FAEGRE & BENSON, LLP

By: James Poradek
James Poradek, Esq.

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

ATTORNEYS FOR GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC. AND GUIDANT CORPORATION

**IT IS HEREBY ORDERED**

Based on the foregoing Stipulation of the parties, through counsel, it is hereby ordered that the October 23, 2002 and December 10, 2002 Claim Construction Statements submitted by Guidant/CPI and the November 25, 2002 Claim Constructions submitted by Medtronic are no longer designated as confidential documents under any protective classification in this Court's February 22, 2002 Protective Order.

Dated this 11 day of July, 2003.

BY THE COURT

The Honorable Jonathan G. Lebedoff
United States Chief Magistrate Judge