**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Medtronic, Inc.
and Medtronic USA, Inc.,

Civil File No. 00-1473 (MJD/JGL)
Civil File No. 00-2503 (MJD/JGL)

Plaintiffs and
Counterclaim Defendants,

v.

**ORDER**

Guidant Corporation
and Cardiac Pacemakers, Inc.,

Defendants and
Counterclaim Plaintiffs.

---

This matter is before the Court on the Guidant/CPI's Motion for Leave to File Memoranda in Excess of thirty-five (35) pages as permitted by Local Rule 7.1(c).

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Guidant/CPI's Motion for Leave to File Memoranda in Excess of thirty-five (35) pages is **GRANTED**;

2. Both parties in this matter are permitted to file opening claim construction briefs not in excess of fifty (50) pages;

3. Both parties in this matter are permitted to file reply claim construction briefs not in excess of fifty (50) pages.

Dated: 7-17-03

Michael J. Davis
United States District Court Judge



FILED 7-18-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______