**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------
MEDTRONIC, INC., and
MEDTRONIC USA, Inc.,

**Civ. No. 00-1473 MJD / JGL**

Plaintiffs,

v.

GUIDANT CORPORATION, and
CARDIAC PACEMAKERS, INC.

Defendants.

---------------------------------------------------

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

Counterclaim Plaintiffs, **Civ. No. 00-2503 MJD / JGL**

v.

MEDTRONIC, INC.,

Counterclaim Defendant.

---------------------------------------------------

This matter came before the Court on the Stipulation for Order of Dismissal filed December 23, 2004 (Civ. No. 00-1473 at Doc. No. 160; Civ. No. 00-2503 at Doc. No. 122). Based on this Stipulation, the **COURT HEREBY ORDERS**:

1. Medtronic's complaint, claims, and counterclaims shall be dismissed with prejudice;

2. Guidant/CPI's complaint, claims, and counterclaims shall be dismissed with prejudice;

3. Each party shall bear its own costs and attorney fees; and

4. There being no other issues, this Judgment shall be final.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 5, 2005.

S/ Michael J. Davis
The Honorable Michael J. Davis
U.S. District Court Judge