✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

MEDTRONIC, INC., AND MEDTRONIC USA, INC.,

V.

GUIDANT CORPORATION, AND CARDIAC PACEMAKERS, INC.,

## JUDGMENT IN A CIVIL CASE

Case Number: 00-1473 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Medtronic's complaint, claims, and counterclaims shall be dismissed with prejudice;
2. Guidant/CPI's complaint, claims, and counterclaims shall be dismissed with prejudice;
3. Each party shall bear its own costs and attorney fees; and
4. There being no other issues, this Judgment shall be final.

January 7, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk